**Electronically Filed
Supreme Court
SCAD-22-0000623
11-JAN-2023
08:26 AM
Dkt. 57 OGP**

SCAD-22-0000623

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

DEXTER K. KAʻIAMA,  (Bar No. 4249),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 18-0339)

ORDER GRANTING PETITION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the December 29, 2022 submission by Respondent Dexter K. Kaʻiama, the exhibits attached thereto, the January 4, 2023 submission from the Office of Disciplinary Counsel, and the record in this matter, we find that Respondent Kaʻiama, in his most recent submission, has informed this court that he will not participate in the investigations by the Office of Disciplinary Counsel into allegations of misconduct brought against him, and that he will not comply with this court's December 19, 2022 order to show cause with regard to the pending petition, filed October 20, 2022, to suspend him immediately from the practice of law, pursuant to Rule 2.12A of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH).  We further find

that Respondent Kaʻiama has failed to cooperate with ODC's investigations, including, *inter alia*, by his failure to honor a valid October 6, 2022 subpoena issued against him in those investigations, pursuant to RSCH Rule 2.12.  Therefore,

IT IS HEREBY ORDERED that the October 20, 2022 petition is granted.

IT IS FURTHER ORDERED that the law license of Respondent Kaʻiama is suspended, effective upon entry of this order, pursuant to RSCH Rule 2.12A(b), until further order of this court.

IT IS FURTHER ORDERED that this order imposing suspension upon Respondent Kaʻiama shall constitute a suspension for purposes of RSCH Rule 2.16.  The Disciplinary Board of the Hawaiʻi Supreme Court and Respondent Kaʻiama shall therefore comply with the relevant requirements of that Rule.

IT IS FURTHER ORDERED that the clerk of the court, pursuant to RSCH Rule 2.16(f), shall promptly transmit by electronic means a copy of this order to all judges of the State of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, January 11, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

2